

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: ROGELIO MARQUEZ, | § | No. 08-20-00246-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

## **O R D E R**

Pending before the Court is Relator's motion for emergency relief in this mandamus action. The motion is granted. Enforcement of the January 30, 2019, contempt order issued by the 65th District Court in *In the Interest of A.S.M.*, Trial Cause No. 2004CM737, is hereby stayed pending resolution of this mandamus action. A response to the mandamus petition from the real party in interest, if any, is due by January 14, 2021.

IT IS SO ORDERED this 1st day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.
Rodriguez, C.J., not participating